# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANGELICA CHRISTINA LIMCACO,

    Plaintiff(s),

vs.

WYNN RESORTS, LTD., ET AL.

    Defendant(s).

Case # 2:18-cv-01685

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Michael D. Holtz, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

The Holtz Firm
(firm name)

with offices at 9150 Wilshire Blvd., Suite 209,
(street address)

Beverly Hills, California, 90212,
(city) (state) (zip code)

(310) 464-1088, mholtz@theholtzfirm.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Angelica Christina Limcaco to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 4, 1990, Petitioner has been and presently is a
   (date)
member in good standing of the bar of the highest Court of the State of California
   (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Central District of California | October 18, 1995 | CSB # 149616 |
| USDC, Southern District of California | February 6, 2001 | CSB # 149616 |
| US Court of Appeals for Tenth Circuit | October 27, 2008 | CSB # 149616 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) California State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _/s/ Michael Holtz_____
                                                              Petitioner's signature
5  STATE OF  California          )
                                  )
6  COUNTY OF   Los Angeles       )

7         Michael D. Holtz       , Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.

9                                                    _/s/ Michael Holtz_____
                                                              Petitioner's signature
10  Subscribed and sworn to before me this

11

12  _____ day of _____, _____.     See attached
                                              CA Jurat Form.
13

14         Notary Public or Clerk of Court

15

16            **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
17            **THE BAR OF THIS COURT AND CONSENT THERETO.**

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
19  believes it to be in the best interests of the client(s) to designate  Gregg A. Hubley  ,
                                                                          (name of local counsel)
20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the
21  above-entitled Court as associate resident counsel in this action. The address and email address of
22  said designated Nevada counsel is:

23  _7030 Smoke Ranch Road, Suite B_____,
                           (street address)
24
25  _Las Vegas_____, Nevada        , _89128_,
       (city)            (state)     (zip code)
26  _(702) 789-7529_____, _gregg@aswtlawyers.com_.
    (area code + telephone number)  (Email address)
27
28

                                        4

                                                                        Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) ___Gregg A. Hubley___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

___ANGELICA LIMCACO___
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

___7386___   ___gregg@acwtlawyers.com___
Bar number      Email address

APPROVED:

Dated: this _5th_ day of _September_, 20_18_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

_____   _____
*Signature of Document Signer No. 1*                 *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 25 day of June, 20 18, by
(1) Michael Holtz
(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Jennifer Warner_
Signature of Notary Public

[Seal: JENNIFER WARNER, Commission # 2124852, Notary Public - California, Los Angeles County, My Comm. Expires Sep 22, 2019]

Seal
Place Notary Seal Above

──────────── OPTIONAL ────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: ____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)  Item #5910

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

August 24, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL DAVID HOLTZ, #149616 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1990; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records